# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MELVIN JOHNSON, JR.**
**ADC #112882**                                                          **PLAINTIFF**

v.                            **No. 3:14-cv-300-DPM-JJV**

**LUTHER WHITFIELD, Lieutenant, Mississippi**
**County Detention Center; OCTAVIOUS BAILEY,**
**Jailer, Mississippi County Detention Center; DALE**
**COOK, Sheriff, Mississippi County Detention Center;**
**and JANE DOE, Nurse "Kristy," Mississippi County**
**Detention Center**                                                     **DEFENDANTS**

## ORDER

**1.** On *de novo* review, the Court partly adopts and partly declines the recommendation, № 4. Johnson's post-recommendation filings make things clearer.

**2.** As recommended, Cook is dismissed as a defendant without prejudice. *Hughes v. Stottlemyre*, 454 F.3d 791, 798 (8th Cir. 2006).

**3.** Johnson has now stated a plausible failure-to-protect claim against Bailey and Whitfield. The case can proceed against them. The Court grants Johnson's motion for leave to amend, № 11, and directs the Clerk to make № 11 the amended complaint. Magistrate Judge Volpe will handle the service issues.

**4.** Johnson's motion to add defendants, № 6, is denied.  The Mississippi County Detention Center is not an entity that can be sued.  And Johnson hasn't stated sufficient facts about any of the proposed defendants to make a claim.

**5.** The Court grants Johnson's request to voluntarily dismiss his claim without prejudice against Defendant Doe.

**6.** Johnson's motion for production, № 5, is denied without prejudice. Any needed discovery will be overseen by Judge Volpe after the defendants have been served and responded.

\*   \*   \*

Recommendation, № 4, partly adopted and partly declined.  Cook and Doe are no longer defendants.  Motions, № 5 & 6, denied.  The case will proceed on № 11 as the amended complaint.  Case returned to Judge Volpe for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*13 April 2015*

-2-