IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELVIN JOHNSON, JR.
ADC #112882                                                                           PLAINTIFF

v.                                        No. 3:14-cv-300-DPM

LUTHER WHITFIELD, Lieutenant, Mississippi
County Detention Center; OCTAVIOUS BAILEY,
Jailer, Mississippi County Detention Center                          DEFENDANTS

ORDER

Johnson hasn't kept his address current; Magistrate Judge Volpe's recommendation was returned as undeliverable. № 33. Unopposed recommendation, № 32, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 30, granted. Johnson's claims against Bailey and Whitfield will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2016