IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELVIN JOHNSON, JR.
ADC #112882                                                                    PLAINTIFF

v.                             No. 3:14-cv-300-DPM

LUTHER WHITFIELD, Lieutenant, Mississippi
County Detention Center; OCTAVIOUS BAILEY,
Jailer, Mississippi County Detention Center;
DALE COOK, Sheriff, Mississippi County Detention
Center; and JANE DOE, Nurse "Kristy," Mississippi
County Detention Center                                                        DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2016